IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EBONIE MEUX                                                                                       PLAINTIFF

v.                              CASE NO. 2:20-CV-00188-BSM

SOCIAL SECURITY ADMINISTRATION                                              DEFENDANTS

## ORDER

Magistrate Judge J. Thomas Ray's recommendation to reverse and remand the Commissioner's decision so that the Administrative Law Judge can conduct a supplemental hearing to fully develop the record is adopted.

IT IS SO ORDERED this 17th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE